FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 28, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DANUEL CORTEZ, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>PIZZA HUT, INC.,<br><br>　　　　Defendant. | No.  2:23-CV-00192-SAB<br><br><br>**ORDER CLOSING FILE** |

Before the Court is Plaintiff's Notice of Voluntary Dismissal, ECF No. 3. Plaintiff is represented by Kira Rubel.

Under Fed. R. Civ. P. 41(a)(1)(A)(i), a plaintiff can voluntarily dismiss an action without a court order before an opposing party serves an answer or summary judgment motion. Defendant has yet to file either, and Plaintiff now provides notice they are voluntarily dismissing, with prejudice.

//

//

//

//

//

**ORDER CLOSING FILE** * 1

1    Accordingly, **IT IS ORDERED:**

2    1.    The above-captioned case is **DISMISSED, with prejudice**.

3    **IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter

4   this Order, provide copies to counsel, and **close** the file.

5    **DATED** this 28th day of November 2023.



Stanley A. Bastian
Chief United States District Judge

**ORDER CLOSING FILE * 2**